IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**GARY MARTIN, individually
and on behalf of all others similarly
situated,**
    **Plaintiff,**

v.              No.  2:20-cv-54 KWR/KRS

**MATADOR RESOURCES COMPANY,**

    **Defendant**.

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN WITH MODIFICATIONS

**THIS MATTER IS** before the Court on the parties' Amended Joint Status Report and Provisional Discovery Plan, filed October 26, 2020.  (Doc. 37).  The Court has reviewed the parties' Amended Joint Status Report and Provisional Discovery Plan, and hereby adopts it as modified by the dates provided in the Court's Scheduling Order, filed concurrently with this Order.

  **IT IS SO ORDERED**.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE