# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

| | |
|---|---|
| Corey Bragg, Individually and on Behalf of Others Similarly Situated,<br><br>*Plaintiff,*<br><br>v.<br><br>Matador Production Company,<br><br>*Defendant &*<br>*Third-Party Plaintiff,*<br><br>v.<br><br>Plaster & Wald Consulting Corp.,<br><br>*Third-Party Defendant.* | No. 2:20-cv-00054-KWR-KRS |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

Before the Court is Plaster & Wald Consulting Corp. ("P&W")'s unopposed motion for extension of time to answer third-party complaint. *Dkt.* 50. For good cause, P&W's motion is **GRANTED**. P&W has an 14 additional days, through April 23, 2021, in which to answer or otherwise respond to Matador Production's Third-Party Complaint, Dkt. 42.

**IT IS SO ORDERED.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**

1