# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

| | |
|---|---|
| **COREY BRAGG, Individually and on Behalf of Others Similarly Situated,** | Case No: 2:20-cv-00054-KWR-KRS |
| v. | |
| **MATADOR PRODUCTION COMPANY** | **Jury Trial Demanded** |
| and | |
| **MATADOR PRODUCTION COMPANY** | Collective Action (29 U.S.C. § 216(b)) |
| v. | |
| **PLASTER & WALD CONUSLTING CORP.** | Class Action (Fed. R. Civ. P. 23) |

## ORDER GRANTING DISMISSAL

Pursuant to Plaintiff Corey Bragg and Defendant Matador Production Company's Rule 41 Stipulation of Dismissal without Prejudice, Plaintiff's claims are hereby **DISMISSED WITHOUT PREJUDICE.** The parties shall bear their own fees and costs.

**IT IS SO ORDERED.**

Dated this **16th day of April, 2021.**

_____
**UNITED STATES DISTRICT JUDGE
KEA W. RIGGS**