UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| **COREY BRAGG**, Individually and on Behalf of Others Similarly Situated, | Case No: 2:20-cv-00054-KWR-KRS |
| v. | |
| **MATADOR PRODUCTION COMPANY** | Jury Trial Demanded |
| and | |
| **MATADOR PRODUCTION COMPANY** | Collective Action (29 U.S.C. § 216(b)) |
| v. | |
| **PLASTER & WALD CONSULTING CORP.** | Class Action (Fed. R. Civ. P. 23) |

## ORDER GRANTING STIPULATION OF DISMISSAL AND CLOSING CASE

Pursuant to Third-Party Plaintiff Matador Production Company and Third-Party Defendant Plaster & Wald Consulting Corp.'s Rule 41 Stipulation of Dismissal without Prejudice, Third-Party Plaintiff's claims are hereby **DISMISSED WITHOUT PREJUDICE.** The parties shall bear their own fees and costs.

Given the dismissal of all claims and third-party claims in this case, Plaintiff Corey Bragg's Motion to Strike or Sever Third-Party Complaint is **DENIED AS MOOT.**

**This is a final order and will close the case.**

IT IS SO ORDERED.

SIGNED ON THIS 19TH DAY OF APRIL 2021.

_____
UNITED STATES DISTRICT JUDGE
KEA W. RIGGS